# Exhibit A



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

JAN 13 2025
Superior Court of the
District of Columbia

Case No. __2025-CAB-000172__

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | |
|---|---|
| __Kerby Alexandria B Stracco__ | __Secretary Denis R. McDonough__ |
| PLAINTIFF                  vs | DEFENDANT |
| __1460 N Highview Ln__ | __950 Pennsylvania Avenue NW__ |
| Address (No Post Office Boxes) | Address (No Post Office Boxes) |
| __Alexandria__  __VA__  __22311__ | __Washington__  __DC__  __20530__ |
| City    State    Zip Code | City    State    Zip Code |
| __650-208-1526__ | __202-461-4809__ |
| Telephone Number | Telephone Number |
| __Kerby.Stracco@gmail.com__ | Denis.McDonough@VA.Gov and USADC.ServiceCivil@US.DOJ.gov |
| Email Address (optional) | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   I reported Multiple Issues to Secretary McDonough VIA email since April 2024 and all communication was ignored. His office and his Chief Of Staff Meg Kabat.

   Are all ll aware of my plight. Due to his negligence regarding my removal from healthcare, mistreatment by DCVAMC employees including Senior Officials

   Issues with SSVF partners, HUD/VASH programming, Community Care and other doctors at DCVAMC medical center, my health has worsened,

   And my quality of life is diminished. Secretary McDonough misrepresented his effectiveness as a Secretary and willfully ignored a veteran who needed him to save her life

   By advocating for her since the system that was built to help was harming her.

   He was intentionally negligent despite repeated mistreatment by VA staff. His inaction has caused further housing instability for my family,

   Secretary McDonough was negligent in his duties as a Secretary. Please see attached.

2. What relief are you requesting from the Court? Include any request for money damages.

   I am requesting that Secretary McDonough not be allowed to leave his position without answering for his negligence. I am also requesting 80

   Million dollars in damages. Secretary McDonough knew he was leaving. Yet he ignored my cries for help and I am suffering from worsening mental

   Health issues, and my suicidal ideations have gotten exponentially worse.

   Please see attached for more evidence.

3. State any other information, of which the Court should be aware:

Please see attached for more defendants. Also Secretary McDonough Can also be served at the following address

Civil Process Clerk U.S. Attorney's Office for D.C. 601 D Street, NW Washington, DC 20530

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_Kuny Stracce_
**SIGNATURE**

_13 Jan 2025_
**DATE**

Subscribed and sworn to before me this ___13th___ day of ___January___ 20___25___

_____
(Notary Public/Deputy Clerk)

2