**K S <kerby.stracco@gmail.com>**

## Fwd: Lies in my Medical Record

**K S** <kerby.stracco@gmail.com>                                Thu, Oct 24, 2024 at 12:22 AM
To: <michael.missal@va.gov>

Greeting Sir. Please see below. Regards.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."




---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Wed, Oct 23, 2024 at 9:30 PM
Subject: Lies in my Medical Record
To: Wylie, Derrico (he/him/his) <Derrico.Wylie@va.gov>
CC: Neptune, Dominique (she/her/hers) <Dominique.Neptune@va.gov>,
<Leah.Squires@va.gov>, Anderson, Lea <Lea.Anderson@va.gov>, Johnson, Todd E.
<Todd.Johnson@va.gov>


Good Evening,
    I am emailing everyone as there is an inability to send the executive team a secure message.

I cannot believe the notes that were put into my medical record by Dr. Wylie. The notes attached are lies and I never ever said that the groups were triggering to me. I was threatened by Tim Leach. Everyone here knows this. I was ignored by all of you, as you planned meetings and treatment plans behind my back with Dr. Corrine Galgay and others who I am not privy to.

Words cannot adequately describe the damage you all have done. I am being stone walled and there are intentional lies being added to my medical records in an effort to make it appear as though I am the reason I was removed from medical care. I realize these notes were added in May of 2024. Although the incident happened in early April...after I contacted the inspector generals office, Department of Justice, and the Joint Commission.

I just became aware of the notes today after I received a rather concerning letter from Mr. Michael Heimall, this weekend...who has conveniently retired. He wrote me a letter that was full of inaccuracies and omission of key facts. So I decided to go into my medical records.

I sent you all a plethora of emails which should've been added to my medical record even though you all did not respond.

Dr. Wylie you did not put truthful statements in my record. I trusted you; and in an effort to keep you out of the mix I intentionally ceased contact with you as I felt this matter should've been handled directly by Dr. Neptune and there was too much confusion going on. You not only stabbed me in the back. You lied on me. You added further injury to me...by lying on me.

You all know for a fact that you and your team planned a medical coup to discharge me behind my back. I never consented to my removal from care. I was removed because Dr. Corrine Galagy didn't handle the situation properly with regard to patient threats and her posture with regard to running PRRC, and how she treated patients.

Willfully Omitting information from a patient's medical record in an effort to cover up wrongdoing is the most egregious thing you could ever do.

It would appear to me that these notes were added in a way that was willfully dishonest.

I thought the betrayal get any deeper.

Dr. Wylie you received a phone call from Dr. Squires after I sent an email to Dr. Corrine Galgay due to Tim Leach stalking me from class to class. You know this. Dr. Corrine Galgay contacted the VISN and from there Dr. Victoria Eyler called you and said I was to be removed because I was non compliant, disruptive and they didn't like the way I was carrying myself.

You called me after Suicide Prevention and alerted me. You said I was to be removed from PRRC immediately. I cried a lot. You said "We don't want you in treatment that is triggering you." I stated that Dr. Corrine Galgay's Inaction and her pacification of Tim leach was triggering. It was your gross perception that the groups were triggering me. What you did was medical gaslighting. Dr. Corrine Galgay told her team not to talk to me. I should not have to keep telling this story. I sent you all many emails regarding her posture in PRRC.

has now been unofficially authorized by Dr. Corrine Galgey to start meetups with other veterans outside of PRRC. Veterans remain concerned with her posture and how the groups are ran. But yet here we are. They have been afraid to report anything as they feel they will face my same fate. A few other black female veterans reported Tim Leach and they too were dismissed.

What you all have done is not only humiliating, but damaging to black women who seek not only equitable medical care…but safe spaces and unbiased medical treatment.

I was raped multiple times in the Army. When I was in Iraq one of my first sergeants got physically violent with me. As a punishment for reporting him to the IG they sent me to a Unit with men…I was raped there in the red zone. The punishment that I received for reporting wrongdoing was like death. They sent me to a unit full of infantrymen and Calvary Scouts… where I almost died.

What you all have done to me and how you all have treated me is beyond comprehension. You lied on me. You fractured my medical treatment and then blamed me. You spoke behind my back, ignored me and made plans I wasn't privy to…and blamed me for my reactions. I am forever injured by what you all have allowed and done.

 While you all cover your tracks, and destroy my character. I have to be a mother. A wife. A caregiver. A teacher. And hold it all together on my own. An unsupported war veteran who has been thrown away by a country she loves.

You have set my healing journey back light years.

You all have broken me. It's inconceivable to me that doctors who are supposed to heal would intentionally cause further harm to a population who needs you.

What did I do to you? Nothing. I simply stood up for myself.

I will continue to take care of my children and my husband in a meaningful way. Although I am extremely angry. It is not my intention to appear aggressive or untoward in any way. I am simply stating what you all have done. And will take the proper steps to rectify this.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

IMG_2401.jpeg, IMG_2403.jpeg, IMG_2399.jpeg

 Gmail

**K S <kerby.stracco@gmail.com>**

---

## Lies in my Medical Record

---

**K S** <kerby.stracco@gmail.com>                                                                    Wed, Oct 23, 2024 at 9:30 PM
To: Wylie, Derrico (he/him/his) <Derrico.Wylie@va.gov>
Cc: Neptune, Dominique (she/her/hers) <Dominique.Neptune@va.gov>, <Leah.Squires@va.gov>, Anderson, Lea
<Lea.Anderson@va.gov>, Johnson, Todd E. <Todd.Johnson@va.gov>
Bcc: Kabat, Margaret B. (she/her/hers) <margaret.kabat@va.gov>, <denis.mcdonough@va.gov>, Erin McKee
<erinmckeepsyd@gmail.com>

Good Evening,
    I am emailing everyone as there is an inability to send the executive team a secure message.

I cannot believe the notes that were put into my medical record by Dr. Wylie. The notes attached are lies and I never ever said that the groups were triggering to me. I was threatened by Tim Leach. Everyone here knows this. I was ignored by all of you, as you planned meetings and treatment plans behind my back with Dr. Corrine Galgay and others who I am not privy to.

Words cannot adequately describe the damage you all have done. I am being stone walled and there are intentional lies being added to my medical records in an effort to make it appear as though I am the reason I was removed from medical care. I realize these notes were added in May of 2024. Although the incident happened in early April...after I contacted the inspector generals office, Department of Justice, and the Joint Commission.

I just became aware of the notes today after I received a rather concerning letter from Mr. Michael Heimall, this weekend... who has conveniently retired. He wrote me a letter that was full of inaccuracies and omission of key facts. So I decided to go into my medical records.

I sent you all a plethora of emails which should've been added to my medical record even though you all did not respond.

 Dr. Wylie you did not put truthful statements in my record. I trusted you; and in an effort to keep you out of the mix I intentionally ceased contact with you as I felt this matter should've been handled directly by Dr. Neptune and there was too much confusion going on. You not only stabbed me in the back. You lied on me. You added further injury to me...by lying on me.

You all know for a fact that you and your team planned a medical coup to discharge me behind my back. I never consented to my removal from care. I was removed because Dr. Corrine Galagy didn't handle the situation properly with regard to patient threats and her posture with regard to running PRRC, and how she treated patients.

Willfully Omitting information from a patient's medical record in an effort to cover up wrongdoing is the most egregious thing you could ever do.

It would appear to me that these notes were added in a way that was willfully dishonest.

I thought the betrayal get any deeper.

Dr. Wylie you received a phone call from Dr. Squires after I sent an email to Dr. Corrine Galgay due to Tim Leach stalking me from class to class. You know this. Dr. Corrine Galgay contacted the VISN and from there Dr. Victoria Eyler called you and said I was to be removed because I was non compliant, disruptive and they didn't like the way I was carrying myself.

You called me after Suicide Prevention and alerted me. You said I was to be removed from PRRC immediately. I cried a lot. You said "We don't want you in treatment that is triggering you." I stated that Dr. Corrine Galgay's Inaction and her pacification of Tim leach was triggering. It was your gross perception that the groups were triggering me. What you did was medical gaslighting. Dr. Corrine Galgay told her team not to talk to me. I should not have to keep telling this story. I sent you all many emails regarding her posture in PRRC.

Tim Leach not only got away with what he did. It has been stated by other veterans that He has now been unofficially authorized by Dr. Corrine Galgay to start meetups with other veterans outside of PRRC. Veterans remain concerned with her posture and how the groups are ran. But yet here we are. They have been afraid to report anything as they feel they will face my same fate. A few other black female veterans reported Tim Leach and they too were dismissed.

What you all have done is not only humiliating but damaging to black women who seek not only equitable medical care...but safe spaces and unbiased medical treatment.

I was raped multiple times in the Army. When I was in Iraq one of my first sergeants got physically violent with me. As a punishment for reporting him to the IG they sent me to a Unit with men...I was raped there in the red zone. The punishment that I received for reporting wrongdoing was like death. They sent me to a unit full of infantrymen and Calvary Scouts... where I almost died.

What you all have done to me and how you all have treated me is beyond comprehension. You lied on me. You fractured my medical treatment and then blamed me. You spoke behind my back, ignored me and made plans I wasn't privy to...and blamed me for my reactions. I am forever injured by what you all have allowed and done.

While you all cover your tracks, and destroy my character. I have to be a mother. A wife. A caregiver. A teacher. And hold it all together on my own. An unsupported war veteran who has been thrown away by a country she loves.

You have set my healing journey back light years.

You all have broken me. It's inconceivable to me that doctors who are supposed to heal would intentionally cause further harm to a population who needs you.

What did I do to you? Nothing. I simply stood up for myself.

I will continue to take care of my children and my husband in a meaningful way. Although I am extremely angry. It is not my intention to appear aggressive or untoward in any way. I am simply stating what you all have done. And will take the proper steps to rectify this.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."


IMG_2401.jpeg, IMG_2403.jpeg, IMG_2399.jpeg

 Gmail

---

## Rental Assistance

---

**K S** <kerby.stracco@gmail.com>                                                          Thu, Jan 9 at 2:47 PM
To: <SSVF@va.gov>, Nash Melendez, Adrienne M. <adrienne.nashmelendez@va.gov>, Hobes, Sahirah A. (VACO)
<sahirah.hobes@va.gov>, <lisa.coles@va.gov>
Cc: Jonathan Whitted <jwhitted@friendshipplace.org>, Temple Evans <tevans@friendshipplace.org>, Jean-Michel Giraud
<jgiraud@friendshipplace.org>, Cornelia Kent <ckent@friendshipplace.org>, Kabat, Margaret B. (she/her/hers)
<margaret.kabat@va.gov>, Hayes, Terrence L. (he/him/his) <Terrence.hayes@va.gov>, Deal, Meghan C. <Meghan.Deal@va.gov>

Greetings,
    I am emailing because I just spoke to Mr. Whitted about rental assistance. He explained to me that the 6 months of rental assistance is all I qualify for and that in March that would be the last time they would pay the rent.

I explained to him that I would be back in the same situation as I have to pay out of pocket medical expenses for my children and stabilize my own mental health. I also told him that it will take time for Washington DC housing authority to process the voucher.

I asked Mr. Whitted what do they do when a veteran cannot pay their rent due to extenuating circumstances, While waiting on issuance of the voucher and he stated that it's rare but they have community partners. I explained to Mr. Whitted that I am very familiar with the partners they use and some I do not qualify for.

He said that to because I fall within that income rage they cannot go beyond the 6 months. I was under the impression that I made myself clear that I would be in the same position again. He said that CCM says that they offer case management which is not rental assistance.

I am going to gather all memos I have retrieved. You all are offering a very limited explanation of the assistance. And if a veteran who at risk and is begging you all for more assistance due to health issues, this should not be an issue.

There seems to be backtracking and also lack of awareness when it comes to what veterans need here. If you all cannot do a pivot and offer more assistance to those that need it 800 million dollars should never have provided to these SSVF's nationally.

It's a slap in the face to keep going through this. Particularly when you all have the power to clinically adjust. Friendship place was awarded 8 million dollars and we paid it in blood. I need some assistance. I have to pay for medical care and childcare.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~



---

## Re: [EXTERNAL] Re: SSVF Denied Assistance

---

**K S** <kerby.stracco@gmail.com>                                                                    Sat, Jan 4 at 4:15 AM
To: Deal, Meghan C. <Meghan.Deal@va.gov>
Cc: Colbert, Jennifer L. <Jennifer.Colbert3@va.gov>, Hobes, Sahirah A. (VACO) <sahirah.hobes@va.gov>, Son, Alice (Jia)
<Alice.Son@va.gov>, Emmanuel, Tracy A (LCSW) <Tracy.Emmanuel@va.gov>, Frazier, Heather D. (she/her/hers)
<Heather.Frazier3@va.gov>, Potluri, Vamsee <vamsee.potluri@va.gov>, Anderson, Lea <Lea.Anderson@va.gov>,
jwhitted@friendshipplace.org <jwhitted@friendshipplace.org>, jgiraud@friendshipplace.org <jgiraud@friendshipplace.org>,
tevans@friendshipplace.org <tevans@friendshipplace.org>, Cornelia Kent <ckent@friendshipplace.org>, Sheetz, Rebecca L.
<Rebecca.sheetz@va.gov>, Kabat, Margaret B. (she/her/hers) <margaret.kabat@va.gov>, Nash Melendez, Adrienne M.
<adrienne.nashmelendez@va.gov>, Hayes, Terrence L. (he/him/his) <Terrence.hayes@va.gov>

The only thing that I was waiting for is accountability. Which is never going to happen. A few months ago I sent this
operating procedure to an employee who provided it to some of the VASH Staff. Since leadership such as yourself, couldn't
be bothered to answer their emails I had to fight the local staff who largely ignored and gaslighted me. I sent you a both
emails reporting these concerns. You did not respond. Color me shocked.

I have a very good understanding of the SOP. But it would appear to me that you all do not. The housing authority isn't
supposed to deny a veteran for any reason unless they are a Registered Ex offender. Once a veteran has been screened
through VASH, the housing authority acts a conduit and is only suppose to issue the voucher and offer assistance such as
security deposit, housing search etc. Veterans Affairs Supportive Housing Staff makes the decision on veteran eligibility.

I knew this program was being ran incorrectly when Arlington County, VA stated that they could put me on a waiting list. Per
the guidelines, the PHA's aren't authorized to maintain a waiting list for HUD/VASH recipients. When I brought this to their
attention, they turned into Casper. Alexandria, City Virginia stated that their PHA has been closed for new clients for two
years. And they didn't even know what a HUD/VASH voucher was. Per the guidelines, a voucher can be assigned to that
particular housing authority for a potential HUD/VASH voucher, and a PHA isn't authorized to be closed for prospective
HUD/VASH recipients.

I am working on reporting these housing authorities to HUD. Since you know...Veterans Affairs Supportive Housing is
apparently sleep at the wheel.

What I find most troubling is that you and Ms. Nash Melendez keep "urging," me to work with local staff and the SSVFs, even
though I continue to have Great difficulty. You alls hands off approach is failing me, my family and other veterans who feel
they've hit a brick wall with community partners, VISN leadership and local staff.

On Christmas Eve I was mailed/served a court notice dated Dec 18, 2024, for a formal writ of eviction. I have a court date
that is scheduled for the end of January. Due to you alls failure to assist, I have another uphill battle. My current apartment is
giving myself and Temple the run around regarding the W9, and they have ignored all of my emails, and it is my suspicion
that they will not offer me a non renewal due to my family size and current rental status. Not that you actually would assist. I
thought I'd share.

I will show up to the court date and explain to the judge in great detail how this all happened, and hopefully he/she can help
me with getting some sort of accommodations; since Veterans Affairs Executive Staff couldn't be bothered to come down
from the thrown of bureaucracy to help the veterans who you treat like peasants. Maybe a judge can do what congress and
Secretary McDonough won't. Hold you all accountable.

You all should be deeply ashamed of yourselves. Your actions and inactions have been injurious. I had faith in Veterans
Affairs and have always applauded their efforts in program expansion and their ability to bounce back despite wrong doing,
and systemic failures. However it would seem that naivety isn't my best color. Too much grace has been provided to those
who have failed my brothers and sisters in arms.

I am tired. I am angry. I am overwhelmed and I can't catch a break. However, I don't have the privilege to catch anything
since Veterans Affairs keeps throwing curveballs. I guess I'll buy a steel glove. I am carrying your policy failures on my back,
and working twice as hard to get my families needs met, while taking care of my babies and husband. Meanwhile my mental
health is stuck in 2007 somewhere between Britney Spears scalp, and the Troop Surge that made me question my entire
existence.

I have spoken to ~~Lisa Coles today and she seems to understand me. Friendship Place staff are all~~ however he did speak with me despite being extremely hoarse. I spoke to him about some concerns and I do believe he will see the concerns through. My children are sick with holiday bug and my husband has a procedure. I will keep Ms. Cole's in the loop.

I will now more than ever continue to push harder to take care of my family, as I know now that you all are not strong sources of viable, tangible solutions or support. I urge you all to do better by veterans. Be unburdened by the shackles of complacency.

New Year. Same Veterans Affairs. Have the era the creator thinks you deserve. Godspeed.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~



On Thu, Jan 2, 2025 at 6:56 PM Deal, Meghan C. <Meghan.Deal@va.gov> wrote:

Good afternoon Ms. Stracco,

Thank you for your patience in awaiting a response while I was out of the office.


I apologize that the information regarding HUD-VASH income eligibility was unclear in the email below. It was not our intent to say that you would not qualify for a rental subsidy from HUD, but rather to note that such calculations are ultimately determined by public housing agencies (following HUD guidance). As you accurately note, there are many factors that impact the amount of rental support a Veteran family receives from a voucher—these include factors you've referenced, such as household size and medical expenses. Public housing agencies follow the HUD-VASH Operating Requirements published by HUD in the Federal Register here (and the corresponding references within) in these calculations, as well as in the overall operation of their HUD-VASH program.


The best way to determine exactly what HUD-VASH rental support is available to you and your family is to submit a completed application to the DC Housing Authority for review. I understand Ms. Lisa Coles has been in communication with you regarding this process, and both she and Friendship Place staff are available to assist. I strongly recommend you continue to work with them to submit that application at your earliest convenience, as that is the surest way to determine the amount of rental assistance you can receive through HUD-VASH.


Thank you for your service, and for your advocacy for yourself and your family.


Respectfully,

Meghan


-------------------------------------------------------------------

*Meghan C. Deal, LICSW, ACSW*

*National Director, HUD-VASH*

*VHA Homeless Programs Office*





---

## Re: SSVF Denied Assistance

---

**K S** &lt;kerby.stracco@gmail.com&gt;                                                     Fri, Dec 20, 2024 at 5:02 PM
To: Nash Melendez, Adrienne M. &lt;adrienne.nashmelendez@va.gov&gt;
Cc: Colbert, Jennifer L. &lt;Jennifer.Colbert3@va.gov&gt;, Hobes, Sahirah A. (VACO) &lt;sahirah.hobes@va.gov&gt;, Son, Alice (Jia)
&lt;Alice.Son@va.gov&gt;, Emmanuel, Tracy A (LCSW) &lt;Tracy.Emmanuel@va.gov&gt;, Deal, Meghan C. &lt;Meghan.Deal@va.gov&gt;, Frazier,
Heather D. (she/her/hers) &lt;Heather.Frazier3@va.gov&gt;, Potluri, Vamsee &lt;vamsee.potluri@va.gov&gt;, Anderson, Lea
&lt;Lea.Anderson@va.gov&gt;, jwhitted@friendshipplace.org &lt;jwhitted@friendshipplace.org&gt;, jgiraud@friendshipplace.org
&lt;jgiraud@friendshipplace.org&gt;, tevans@friendshipplace.org &lt;tevans@friendshipplace.org&gt;, Cornelia Kent
&lt;ckent@friendshipplace.org&gt;, Sheetz, Rebecca L. &lt;Rebecca.sheetz@va.gov&gt;, Kabat, Margaret B. (she/her/hers)
&lt;margaret.kabat@va.gov&gt;

Also, Can you please provide at your leisure this policy you mentioned below that is in force for veterans? Where is the CFR?
So I can provide it to the White House and my representatives immediately. If not I'll provide this email as reference. I am
unable to find it anywhere. If there is such a policy that exists, it unfairly discriminates against dual disabled veteran families
who have both served and have varying degrees of permanent and total (100 percent) injuries or illnesses particularly if they
both served in wartime...such as my husband and myself. We are not an anomaly.

Furthermore we have five children...so the additional 88.00 dollars per child items 10 times 12 (both of us get paid that) is
also considered. Why would HUD and Veterans Affairs create the policy to accommodate the most vulnerable and then
blockade it by discriminating against married veterans who could be both rated at 100 percent permanent and total due to
the severity of their illness and injuries.

That's a full blown discriminatory policy and doesn't afford us or others equal access to programming that would stabilize
our health or housing.
Furthermore, you put that statement in this email in a very insensitive manner as any person would recognize that I am
applying for this program with the expectation that we would suqalify due to legislative changes that were supposed to
expand eligibility for the vouchers, for those in great need. So it would lead me to believe a prior conversation was had about
this and my income. Understood.

"Married disabled veterans who are rated at a higher level due to the severity of their disabilities and illnesses probably
won't qualify for the hud/vash voucher because although they have sustained illness and injury during wartime and have
suffered housing instability, and will probably remain in a perpetual state of Financial ruin and instability which could worsen
their health outcomes; their calculated rent portion is 100 percent. Not only that.

The out of pocket childcare expenses that are paid due to medical appointments, don't matter either because it only counts
as a deduction if they work. They were illegally evicted during covid and have five kids in a very expensive two bedroom
home and their poor credit won't afford them fair access to quality housing.

Although the mother is at risk and could be further injured by the denial of housing assistance from VHA policies with
housing authority and HUD/VASH we can still offer her casework. We will leave it to the housing authority to decide, and not
double check to make sure this is an actual policy as it seems contradictory to our housing first model and expansion of
services for at risk veterans who are at maximum benefits due to the severity of their service connected conditions. We will
tell her four-five days before Christmas VIA email because we are committed to her and her family's well being" ~Veterans
Affairs Executive Staff~

This tragically unserious and despondent behavior. Now I have more work ahead of me. Nothing says expansion like a
discriminatory policy being allowed and touted by Veterans Affairs Executives. I look forward to seeing the HUD/VASH CFR
regarding this. As stated...in lieu of this. I'll use your email.

"We want to inform you that while VA disability is excluded from income eligibility, it will be
counted for your rent portion. If your calculated rent portion would be 100% of the rent, there
would not be a HUD-VASH voucher in use and this will be determined by the Public Housing
Authority. If you need case management but not the rent subsidy, we can discuss what options



---

## Re: SSVF Denied Assistance

**K S** &lt;kerby.stracco@gmail.com&gt;                                                                Fri, Dec 20, 2024 at 3:39 PM
To: Nash Melendez, Adrienne M. &lt;Adrienne.Nashmelendez@va.gov&gt;
Cc: Colbert, Jennifer L. &lt;Jennifer.Colbert3@va.gov&gt;, Hobes, Sahirah A. (VACO) &lt;Sahirah.Hobes@va.gov&gt;, Son, Alice (Jia)
&lt;Alice.Son@va.gov&gt;, Emmanuel, Tracy A (LCSW) &lt;Tracy.Emmanuel@va.gov&gt;, Deal, Meghan C. &lt;Meghan.Deal@va.gov&gt;, Frazier,
Heather D. (she/her/hers) &lt;Heather.Frazier3@va.gov&gt;, Potluri, Vamsee &lt;Vamsee.Potluri@va.gov&gt;, Anderson, Lea
&lt;Lea.Anderson@va.gov&gt;, jwhitted@friendshipplace.org &lt;JWhitted@friendshipplace.org&gt;, jgiraud@friendshipplace.org
&lt;jgiraud@friendshipplace.org&gt;, tevans@friendshipplace.org &lt;tevans@friendshipplace.org&gt;, Cornelia Kent
&lt;ckent@friendshipplace.org&gt;, Sheetz, Rebecca L. &lt;Rebecca.Sheetz@va.gov&gt;

Greetings Ms. Adrienne and Meghan,
        Saying what I am about to say is no easy task. However thanks for your response. A few things.

I can tell from this email that you all have a very a limited perspective on each veterans experience and situation. There is no
one size fits all and it takes a real in depth look to figure out what works for each veteran. I have been through hades and my
apologies but this email just proved my point. Nobody is listening.

I do not need help navigating the VHA nor other sources of healthcare assistance as I am very well aware I qualify for none
of them. Veterans Affairs has a culture problem. I have sat in meetings with Bob McDonald, Eric Shinseki, And...made it a
point to meet Secretary McDonough in person. I have had varying experiences with them all.

However despite all of these secretaries the rot of bureaucracy remains. I had a meeting with Secretary McDonough in
November of 2023 two days before I went into premature labor. I told him that he gives you all too much leeway. I thought he
was compassionate, frank and honest. He was...until I needed him. I was removed from my medical care unjustly and more. I
contacted his office. I contacted his Chief of Staff whom I won't name here.

I contacted top executives, I Contacted the inspector general. I went to in person hearings on Capitol Hill. I don't need help
navigating DCVAMC or any system within it unless they have a magic wand to fix it. Veterans Affairs is broken. Top down.
Veterans such as myself have been betrayed and let down far beyond what any of you could possibly want to understand. I
am alone and your email is sugar covered disregard to my lived experiences and boots on the ground trauma.

We can't have anyone effectively navigate Veterans Affairs unless there is accountability. Your email below doesn't
acknowledge that. These programs are failing forward because the staff behind it don't create useful policies that are
clinically effective. You all do not have our backs. At all. There's a lot of grouping veterans together and the individualized
case management is based on slides and infantilizing veterans needs.

You mentioned nothing Veterans First systemic failures and put everything back on me. You failed to mention the disrespect
from Chris Pittochelli, and Lindsey Miller. You failed to acknowledge the disrespect and disregard regarding Rebekah Kohen.
Their health navigators cannot help me. I told Chris Pittochelli that. But I guess my autonomy nor knowledge matters. I
suppose you think at risk veterans lack the capacity to fully understand what we need.

Furthermore, I am working on a reasonable accommodations packet for HUD in an effort to bring down my minimum rent due
to extenuating medical circumstances per HUD/VASH guidelines. HUD is able to provide reasonable accommodations based
on information provided to them...per HUD's own directive as well as the collaboration with Veterans Affairs HUD/VASH.
(new flexibility to allow PHAs to set a lower minimum rent (including a minimum rent of S0) specifically for their HUD-VASH
program (section II.q.). See attached.

Those guidelines are attached to this email and it would be helpful if top executives could find a way to fully understand the
implementation of such programming as to ensure it is serving veterans in whatever capacity they need.

I am very saddened that it took this long to garner a response from you all while I'm fighting for my life.

I have been a Congressional Liason for a group called the National Association for Black Veterans
since 2016. While I am less active then before...I have been fighting for a very long time for
veterans who do not have access to other sources of social services in the civilian sector.

I have gone to many hearings, had meetings with many social services offices in the area, reached out to representatives and more. Veterans are left behind and disqualified from many sources of social support as well as other assistance due to many factors...one being service connected income and Tricare coverage. I am not lacking in knowledge...I am lacking in support and fair access to programming. As well as proper advocacy to bridge the gap. I also feel there is bias...conscious or otherwise.

I am working with Temple but she has very suffocating passive aggressive leadership who doesn't listen. I asked Temple for Rebekah Kohens number and she stated she wasn't allowed to give it out. These people are unserious. I never had this experience with Mr. Whitted.

Every time I have stated what I needed they provide a ridiculous alternative and it's more injurious. If these people cannot directly serve veterans they do not need to be directly provided any funding. It's disrespectful. If they are going to treat veterans with bias or see veterans walk away without no help at all there's needs to be a leadership change or a new grantee.

They were willing to let me go even though I begged for help. I didn't get any help until I got Johnathon involved and screamed the cries of a thousand. I still face challenges, resistantance and judgment. I will never forgive them nor trust them.

Yesterday there was an announcement that the suicide rate for veterans continues to dangerously climb. A denial of access to any service is murder. I care for each and every service member in the world. This is isn't my just my fight. This is a fight for my brothers and my sisters, their families and survivors. Presidents change but the honor and commitment still remains.

Also there was a survey done and it found that black veterans and women veterans were not happy with the services they receive from VA. He acknowledged that each individual experience matters. See below:

"VA recently announced veteran trust in its outpatient care increased to nearly 92% another all-time record for the department. But VA's trust scores extend beyond just health care. McDonough is also tracking veteran trust scores on pension and compensation delivery. "We are now measuring ourselves across the entire enterprise," he said.

The VA sees room for more progress. It's looking to bring its veteran trust score up to 90%. Meanwhile, McDonough said women veterans and veterans of color are more likely to give lower trust scores to VA, including for outpatient care. "We are saying to the individual veteran that we judge ourselves not on averages, but on that individual veteran's experience. And hopefully, that accrues over time," he said."

SSVF is a mental health program. Per Obama era law. It's a clinical program. These blanket rules are restrictive and demeaning to veterans who will not speak up for themselves...it leads to poorer health outcomes. I remember Temple taking me to the store and I tried to grab hot rotisserie chicken. She stated they were not allowed per SSVF to buy veterans hot food. I thought about veterans in shelters or community based living who did not have access to microwaves or stoves.

 She also stated they could not buy a veteran soap or cleaning products. I thought about veterans who have no money to afford hygiene products. She also stated they couldn't buy a veteran clothes unless they were for work. I thought about veterans who were too ill to work but needed clothes if they were unable to purchase any due to homelessness or being at risk. I thought about mothers who have children and need clothes and shoes for their babies because the rising cost of living left them at risk and unable to sustain basic needs. The restrictions on this program are harmful. And the lack of individualized compassionate case management is lacking.

Yesterday, again...I was in crisis because a compassionate pivot wasn't made by Friendship Place...Rebekah Koen. These services are meant to help and not harm. However it seems the motto is...First do harm and partially acknowledge it four scores and a million years later.

I encourage you all to stand up as a united force for veterans. You all work for veterans affairs...to improve the lives of veterans. These SSVF's represent what you all allow. If a veteran is trying to reach you...help them; fully, completely and without bias and assumptions. We need support.

You all have the holiday the creator believes you deserve. I am disappointed. But thanks for the email. Godspeed.


Very Respectfully,
Kerby Alexandria B Stracco (Female)

 Gmail

## Re: SSVF Denied Assistance

**Nash Melendez, Adrienne M.** <Adrienne.Nashmelendez@va.gov>                                    Fri, Dec 20, 2024 at 2:31 PM
To: K S <kerby.stracco@gmail.com>
Cc: "Colbert, Jennifer L." <Jennifer.Colbert3@va.gov>, "Hobes, Sahirah A. (VACO)" <Sahirah.Hobes@va.gov>, "Son, Alice (Jia)" <Alice.Son@va.gov>, "Emmanuel, Tracy A (LCSW)" <Tracy.Emmanuel@va.gov>, "Deal, Meghan C." <Meghan.Deal@va.gov>, "Frazier, Heather D. (she/her/hers)" <Heather.Frazier3@va.gov>, "Potluri, Vamsee" <Vamsee.Potluri@va.gov>, "Anderson, Lea" <Lea.Anderson@va.gov>, "jwhitted@friendshipplace.org" <JWhitted@friendshipplace.org>, "jgiraud@friendshipplace.org" <jgiraud@friendshipplace.org>, "tevans@friendshipplace.org" <tevans@friendshipplace.org>, Cornelia Kent <ckent@friendshipplace.org>, "Sheetz, Rebecca L." <Rebecca.Sheetz@va.gov>

Dear Veteran Stracco,

Thank you so much for your service. Meghan, the HUD-VASH National Director, and I wanted to send you an email together. It is important to us to work together as a team. We see you advocating for your family, and we want to help.

**SSVF**

I appreciate your feedback on Jonathan and Temple at Friendship Place. I believe that they genuinely care and do their best to support Veterans and Veteran families. I want to encourage you to continue to work with them. I know that you know your family's needs the best, and I do believe that Jonathan and Temple can walk alongside of you and your family. I also want to offer that SSVF has a Health Care Navigator who can help with access to care whether at the VAMC or in the community. They could also help with navigating the VAMC, including calls with identified points of contact there. We have seen that the Health Care Navigators have been able to make things just a little easier for Veterans. Jonathan and Temple could help with the connection if you are interested.

Thank you for the feedback on SSVF regulations. You have my commitment to continue to listen deeply and to engage in the process of revising regulations related to Veteran and Veteran family needs.

**HUD-VASH**

With respect to HUD-VASH, we are working on one point of contact for you. We understand that you have been exploring housing in the DC metro area. The HUD-VASH Team will prioritize working with you to submit an application to the DC Public Housing Authority so that they can determine your income eligibility. We want to inform you that while VA disability is excluded from income eligibility, it will be counted for your rent portion. If your calculated rent portion would be 100% of the rent, there would not be a HUD-VASH voucher in use and this will be determined by the Public Housing Authority. If you need case management but not the rent subsidy, we can discuss what options are available to support you.

We truly appreciate your service, your candor, and your commitment to yourself and your family.

In service,

*Adrienne Nash Meléndez, MLD*

National Director

Supportive Services for Veteran Families (SSVF)

VA Homeless Programs Office

adrienne.nashmelendez@va.gov



 New number, same support.

| Dial 988 then Press 1.

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Monday, December 16, 2024 1:19 AM
**To:** Nash Melendez, Adrienne M. <Adrienne.Nashmelendez@va.gov>; Hobes, Sahirah A. (VACO) <Sahirah.Hobes@va.gov>
**Cc:** Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>; Potluri, Vamsee <Vamsee.Potluri@va.gov>; Anderson, Lea <Lea.Anderson@va.gov>; Hayes, Terrence L. (he/him/his) <Terrence.Hayes@va.gov>; Jonathan Whitted <jwhitted@friendshipplace.org>; Jean-Michel Giraud <jgiraud@friendshipplace.org>; Temple Evans <tevans@friendshipplace.org>; Cornelia Kent <ckent@friendshipplace.org>
**Subject:** [EXTERNAL] Re: SSVF Denied Assistance

Greetings Ms. Nash Melendez and Ms. Hobes,

As we approach the end of the year and a new administration no matter where the cards lay…I and other patients will always be veterans. Our rights and our benefits depend on congress. Despite this…Veterans Affairs Administration is only as strong as those employees who choose to stand up for the most vulnerable.

Since Mid October I have found myself fighting for myself and access to SSVF and stable housing. Despite my best efforts I had to fight to the death to be seen and heard. And it has been so injurious to reach out and tell my story to every single person hoping that someone will help.

As a mother of five and a wife…it has been nothing less than dehumanizing to be ignored by senior level veterans affairs staff despite reaching out. I am fighting for my life. Maybe it falls deaf on you all. But for the sake of my children and my husband, I had to continue to forge forward despite the embarrassment.

I wasn't drafted. I watched the twin towers fall on television. And I still choose to join the Army to serve a purpose bigger than myself. I choose to go to Iraq despite the fear. I came back a shell. I could not distinguish friend from foe as I was brutally raped at gun point by a senior military official. In combat…I was afraid of the enemy within and beyond the wire. I was also assaulted in Basic Training.

He was never brought to justice and everyone stood by him…and I forged my path alone. To this day..he thrives and I fight to survive. I fear him still…and everyone who stood by him.

As a mom of five I carry that fear. I carry the guilt. I carry it because I must. Who is going to carry it for me? Me.

Earlier in 2024 I was removed from mental health care from DCVAMC because I decided to stand up for myself when a male veteran threatened me. When local staff didn't take the proper measures to protect me I spoke up. As a result I was removed from life saving mental health care and weaponized. He remains in medical care while I carry the cross. Again… standing up for myself by myself.

Now here again…I am reminded that the war is never over for those who continue to suffer from the abuse of bureaucracies that were never really made to serve the population it was created for. As I said to another staff member…I regret that you all didn't help me and left me more broken than before. I will never stop fighting for my family…no matter what it costs me, because I have to believe that God will see me through. No other veteran deserves to go through this.

Jonathan Whitted has been instrumental in righting the wrongs and Temple Evans has also been instrumental in standing by while I advocate for myself. However I also recognize that this is also uncharted waters for them as well. I appreciate them, although i continue to distrust their other Veterans First Staff. I am sure Friendship place will rectify this as they are a staple in DC's housing accessibility for veterans.

However…a delay in healthcare and accessibility to services often results in long term negative and worsening outcomes for veterans. No matter what direction you take to mitigate it. Housing is healthcare per VHA.

Veterans should never have to fight alone. We should never have to fight any servicer alone. Every veteran who has unstable housing is at risk. I will continue to enlist my local representatives in an effort to change this broken system.

I hope for compassionate reform of SSVF programming for those who would not have lived to tell their story.

Very Respectfully,

Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~



K S <kerby.stracco@gmail.com>

---

## HUD/VASH DC Documents Request SSVF

---

**K S <kerby.stracco@gmail.com>**                                                    Thu, Dec 19, 2024 at 10:54 AM
To: <lisa.coles@va.gov>
Cc: Anderson, Lea <Lea.Anderson@va.gov>, Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>, Potluri, Vamsee
<vamsee.potluri@va.gov>, <Meghan.Deal@va.gov>, Temple Evans <tevans@friendshipplace.org>, Hayes, Terrence L.
(he/him/his) <Terrence.hayes@va.gov>, <sahirah.hobes@va.gov>, Nash Melendez, Adrienne M.
<adrienne.nashmelendez@va.gov>, Sheetz, Rebecca L. <Rebecca.sheetz@va.gov>, <VACO_HUD-VASH_Admin@va.gov>,
Jonathan Whitted <jwhitted@friendshipplace.org>

Greetings Ms. Coles,

    I appreciate you speaking with me last night and explaining the processes to me. However a few concerns as discussed with you yesterday. Despite my best efforts I tried to feel assured after our conversation. I do not trust the staff. I have been injured by DCVAMC clinical leadership far beyond I can digest. To add insult to injury VASH and Supportive Housing fall under Mental Health. Dr. Wylie and Dr. Neptune's inaction regarding my mental health care has caused a suffocating anxiety and exacerbation of my symptoms.

Also, the fact that other social workers in VASH did not provide me with appropriate support isn't easily forgettable.

 Notwithstanding this as well: many were aware that I have been fighting for assistance and they did not reach down to help me. They were an audience to my suffering and that isn't forgivable. I had to beg for help...and as a *rape victim*...I cannot tell you how demeaning and damaging that has felt. I have worked very hard to stay alive despite my trauma. A denial can mean death for us. I am working overtime to teether myself to life...and the injurious policies and staff has worsened this.

I understand you all work in sections but for the sake of case management I am going to respectfully advocate for Constance Parker be my case manager. I do not feel safe. She provided a safety that I have not felt in a very very long time.

Also in looking at my finances and the costs associated with childcare for my children it would cause a burden on me to come to DC to do something that Temple can do in my home. Right now I am in a crisis, and my children are also pending surgery.

I understand you all have an internal system where you upload the applications and each individual case worker has access correct? I am not the SME on this technology nor do I know if it's location specific. If it isn't I'm not sure why a clinical pivot can't be provided by senior staff. If the documents have to be provided to your team, Temple Evans and I can fill it out and it can be sent back to you all VIA PDF. Temple is very knowledgeable on this process, and CCM (Collaborative Case Management) is a VA model.

Temple has tried to contact you and is awaiting further updates. She is also going to help me to retrieve the birth certificates for my two younger children. But she is very enthusiastic to help me on the path that would lead to less injury and more stability.

I cannot help how my mind responds to a threat. I am working on that. I have been through quite a bit. I am hoping the leadership can provide further support. Thanks for your time and I hope I was clear in my requesting this clinical accommodation. I hope that other vulnerable veterans do not have to go through such measures. Godspeed.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

 Gmail

K S <kerby.stracco@gmail.com>

**Follow-Up about HUD/VASH/SSVF Meeting**

K S <kerby.stracco@gmail.com>                                                        Wed, Dec 18, 2024 at 10:06 AM
To: Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>, Potluri, Vamsee <vamsee.potluri@va.gov>
Cc: Anderson, Lea <Lea.Anderson@va.gov>, Hayes, Terrence L. (he/him/his) <Terrence.hayes@va.gov>, Sheetz, Rebecca L.
<Rebecca.sheetz@va.gov>, Jonathan Whitted <jwhitted@friendshipplace.org>, <Meghan.Deal@va.gov>, Nash Melendez,
Adrienne M. <adrienne.nashmelendez@va.gov>, Temple Evans <tevans@friendshipplace.org>

Good morning Ms. Frazier and Mr. Potluri,

     Ms. Frazier thanks for your phone call yesterday, and thank you for your service. I want you
to know I do appreciate all the effort that is being put into this very difficult situation. However a
few concerns as discussed over the phone with you.

Phone calls and meetings being had about patients without their knowledge has the potential to
cause more issues. I have been battling this since October because there's too many hands in
the cookie jar. Information is being trickled down based on Teams meetings and personal
interpretations and not actual facts.

I've researched, found policies called HUD, called other SSVF programs nationwide in an effort to
make sure I am advocating for myself properly, and providing the appropriate memorandums and
CFRs. These meetings would be more effective if I was able to send these policies to the Subject
Matter Experts so they can make sure their policies are being implemented how congress and the
White House envisioned. However I had no idea that these meetings occurred therefore I wasn't
able to send these items. So there are more questions than answers because...I wasn't aware.

I don't know who was in that meeting, and what kind of conversation was had without me
present. That's extremely uncomfortable as I don't trust these people due to the this very
injurious system.

Secondly, I have provided well rounded information and explained myself into oblivion. I am
happy to provide all emails I've sent to other federal entities in an effort to make sure Veterans
Affairs understands that I'm not asking for a rainbow in the sky.

In the future, senior staff should get permission from a veteran before discussing them in an
effort to make sure everyone is on the same page and that the situation is being accurately
portrayed, and that biased, fact-less opinions aren't formed. I have been through the wringer and
as you can see from an email I sent prior...now I am currently fighting another oversight on VHA.

Please see traffic below. And kindly click on appropriate attachments as to provide clarity and
policy alignment.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Mon, Dec 16, 2024 at 12:10 AM
Subject: Fwd: Arlington Housing Information
To: <cir@hud.gov>
CC: Temple Evans <tevans@friendshipplace.org>, Anderson, Lea <Lea.Anderson@va.gov>, Potluri, Vamsee <vamsee.potluri@va.gov>, Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>

Greetings Dr. McClain,
       My name is Kerby Stracco and I'm an OIF veteran who is assigned to the DCVAMC hospital. I have been having a very hard time getting congruent information about HUD/VASH vouchers and it would seem that local staff at Veterans Affairs as well as the housing authorities seem to operate under different conditions.

I was under the impression that HUD/VASH vouchers were to be provided to qualifying veterans despite a list being closed? Alexandria, City VA has stated to me they have been closed for two years and Washington DC...I was told they are on hold until further notice.

I do not understand how veterans are supposed to receive vouchers if offices are closed and maintaining wait lists. Virginia is a very hard state to get a voucher as they aren't required to accept them unless the landlord owns 4 or more homes.

I am told that Fairfax County Virginia has a longer process as they are short staffed, and I was then told that Prince William's County is more flexible however if you cannot find a place you cannot port the voucher and they will take it back unless you live there for a year. I don't understand how they can do this if you cannot find a place.

My hope was to receive a voucher for Washington DC due to medical reasons and also DC is more likely to accept vouchers. I understand there is a process. But it would seem housing authorities are ignoring the emails and/or doing their own thing. I just need some real help as I have been going through this since OCT. I appreciate your time, and thank you for your service.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~

---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Fri, Nov 22, 2024 at 10:05 AM
Subject: Re: Arlington Housing Information
To: Housing Choice Voucher <HCV@arlingtonva.us>
CC: Anderson, Lea <Lea.Anderson@va.gov>

I am working through veterans affairs now. It would seem the entire NOVA area that is closer to Washington DC is out of vouchers. My husband and children have surgeries and with my husbands medical issues we need to be close to Washington DC. I have reached out to HUD/VASH at the national level (HUD HOUSING) for further assistance on the information attached to this email. Many veterans in this area cannot live too far from medical facilities. Regards,

https://www.hud.gov/sites/dfiles/PIH/documents/6476-N-01%20-%20HUD-VASH%20Operating%20Requirements%20-%20Final%20Notice%20-%20HEADER%208.7.24.pdf

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

On Fri, Nov 22, 2024 at 10:00 AM Housing Choice Voucher <HCV@arlingtonva.us> wrote:

Good Morning,

We do work with VASH, all clients are referred to us by the VA. Currently, we do not have any available VASH vouchers. If you already have a VASH voucher, you can submit a request to port to Arlington through your Housing Authority.

Thank You.

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Thursday, November 21, 2024 9:18 PM
**To:** Housing Choice Voucher <HCV@arlingtonva.us>
**Cc:** Anderson, Lea <Lea.Anderson@va.gov>
**Subject:** Re: Arlington Housing Information

EXTERNAL EMAIL

Thank you. So you all don't service veterans who are eligible for HUD/VASH vouchers? Please advise thank you.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

On Tue, Oct 29, 2024 at 11:29 AM Housing Choice Voucher <HCV@arlingtonva.us> wrote:

Good Morning

Thank you for contacting the Arlington Department of Human Services regarding your housing needs.   Arlington County offers two rental subsidy programs, Housing Choice Voucher (Section 8) program and Housing Grants, to assist Arlington residents with their rental needs.

Currently, the Housing Choice Voucher program (HCV) works with a waiting list and at this moment the waiting list is closed. When we decide to open the waiting list again, it will be published in the local media and in our web site. Please, check our web site frequently.

Our Housing Grant program is for low-income residents of Arlington County only.  You must have proof of Arlington residency to apply in addition to meeting certain eligibility criteria.  Below is a link that will provide you additional information regarding our Housing Grant program.  The application processing time is 60-90 days and again you must have proof of Arlington residency, meet a specific category, and meet specific income limits, which are listed on the application to apply.  You may also obtain an application via the below link.

http://housing.arlingtonva.us/get-help/rental-services/local-housing-grants/

In addition, below is a link to our Community Planning Housing Development Division's list of affordable apartment units in Arlington.  You may contact any of these apartment complexes to see what units may be available and/or if you are eligible.

http://housing.arlingtonva.us/get-help/rental-services/affordable-units/

Should you need any additional information, or if you need immediate assistance, please contact our Customer Service Center at 703-228-1300.

Have a wonderful day.

HCV Team

IMG_0204.jpeg

 Gmail

---

## Fwd: Housing Intake

---

**K S** <kerby.stracco@gmail.com>                                    Sat, Dec 14, 2024 at 8:35 PM
To: <Meghan.Deal@va.gov>
Cc: Hayes, Terrence L. (he/him/his) <Terrence.hayes@va.gov>, Johnson, Todd E. <Todd.Johnson@va.gov>, Anderson, Lea <Lea.Anderson@va.gov>, Potluri, Vamsee <vamsee.potluri@va.gov>, Frazier, Heather D. (she/her/hers) <Heather.Frazier3@va.gov>

Greetings Ms. Deal,
         I hope this email finds you well. I had hoped to receive some kind of assistance from you as I have been going at this by myself which has been very injurious. While I recognize there are VISN staff that handle these issues, when a veteran reaches it is normally because they aren't getting the proper assistance they need. Since I reached out to you not only have things escalated, I am having to reach out to HUD by myself and more.

I am not receiving answers locally that are congruent to the information conveyed on the HUD/VASH website and the local staff such as Mr. Potluri who is the acting director is trying...however he is limited to contacting the subject matter experts. While I recognize there could be internal directives not to contact veterans VIA email, there is no other way to contact you all when we need help.

Veterans Health administration serves the most vulnerable high risk population in America. We are limited in social service resources as many believe that Veterans Affairs is a one stop shop. When you all allow information to trickle down and make veterans wait for answers you could easily provide solutions to, you leave us at higher risk. We reach up for help when the help across from us doesn't produce the appropriate clinical or administrative outcomes.

I needed your help. I would've appreciated your help, as I am really overwhelmed. It is regrettable that we could not connect, as I continue to be provided information that is inaccurate and injurious to my family. I'll continue to enlist the help of my representatives and hopefully you will see fit to answer them. Regards.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526


"Every American who has ever worn the uniform must know this: your country is going to take care of you when you come home; our nation's commitment to our veterans - to you and your families - is a sacred trust." ~Barack Obama~



---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Mon, Oct 28, 2024 at 7:50 PM
Subject: Fwd: Housing Intake
To: <Meghan.Deal@va.gov>
CC: Johnson, Todd E. <Todd.Johnson@va.gov>, Anderson, Lea <Lea.Anderson@va.gov>


Greetings Ms. Deal,
       My name is Kerby Stracco and I am mother of five and a caregiver who is assigned to Washington DC VA Medical Center and I am experiencing immense stress due to being removed from my medical care and more. I am being retaliated against and my trust in Veterans Affairs doesn't exist.

On Friday I spoke to Kate Elie about HUD VASH. She did a very invasive triggering screening and questioned why I was paying for medical care out of pocket even though I am 100 percent. I do not think that was any of her business and had she read my medical records or consulted with other social workers that are involved in my care she would've been kept abreast of these situations

 Gmail

---

**Fwd: Housing Intake**

---

**K S** &lt;kerby.stracco@gmail.com&gt;                                                           Mon, Oct 28, 2024 at 7:50 PM
To: &lt;Meghan.Deal@va.gov&gt;
Cc: Johnson, Todd E. &lt;Todd.Johnson@va.gov&gt;, Anderson, Lea &lt;Lea.Anderson@va.gov&gt;

Greetings Ms. Deal,
    My name is Kerby Stracco and I am mother of five and a caregiver who is assigned to Washington DC VA Medical Center and I am experiencing immense stress due to being removed from my medical care and more. I am being retaliated against and my trust in Veterans Affairs doesn't exist.

On Friday I spoke to Kate Elie about HUD VASH. She did a very invasive triggering screening and questioned why I was paying for medical care out of pocket even though I am 100 percent. I do not think that was any of her business and had she read my medical records or consulted with other social workers that are involved in my care she would've been kept abreast of these situations

Before I proceeded to speak with her I said "I really do not want to talk about these things and I wish you would've read my medical record." She stated that she was currently reading it.

I became respectfully defensive as we had an hour and half call that was not only triggering but also dismissive. When we spoke about resources I told her that I do not qualify for those particular resources which can be verified by Lea Andersson who is the Caregiver Chief at the DCVAMC.

She in turn went into my medical records and wrote a note that was incorrect. And it injured me further. She not only misrepresented my statements...she added insult to injury by still contacting SSVFs who I do NOT qualify for. She is prolonging a process and making it adversarial. While I realize everything has a process...why would you add an unnecessary step to a vulnerable veteran.

I do not qualify for SSVF nor other resources as I have personally went through their screening and nothing has changed. She is currently adding stress to my families situation by waiting on calls from those I am very familiar with.

Also she made inquiries about available vouchers in Alexandria, VA behind my back. However I had already called and was told by a housing manager that their list is closed. This should be a collaborative process. If there are no available vouchers why am I not included in the process? I am concerned and perceive bias.

My husband and I are both veterans. It doesn't mean we are swimming in money. My husband is very sick. It costs to be ill. We have five children whom I homeschool due to him being very ill.

Veterans Affairs has put me through bureaucracy purgatory and the DCVAMC is really really adding to an already life altering situation. Veterans deserve autonomy over their healthcare as well as autonomy over their housing assistance options.

We should be involved every step of the way. I am disappointed and do not want local DCVAMC housing staff to handle my case. I do not think they are providing equitable, reasonable and quality access to housing sources that would stabilize my family. I perceive discrimination. And it's adding further injury to me. Please assist with this matter if possible and I hope you understand where I am coming from. Regards.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Fri, Oct 25, 2024 at 10:08 PM
Subject: Housing Intake
To: <kate.elie@va.gov>
CC: Johnson, Todd E. <Todd.Johnson@va.gov>, Anderson, Lea <Lea.Anderson@va.gov>

Good Evening,

   Apologies for the late email. It is easier for me to Correspond at night. Thanks for your time today. However I have a few concerns about the screening and how it was done. For the better part of this year Washington DC VA Medical Center as well as executive leadership have gaslighted me into the fiery pits. My mental health care has been disrupted, and my finances are in shambles due to medical expenses and more.

I cannot engage in Vocational Rehab to further my education and career aspirations due to their cavalier response to injuring me; And for the better part of my daughters first year of life I've been advocating and battling a 500 billion dollar entity that would rather walk on hot coal than admit they committed wrong doing.

In the midst of all of this...I am taking care of my other four babies who need me, and my husband who also needs caretaking and although there is no other place I'd rather be...Veterans Affairs continues to be a thorn in my side...and they make things more complicated by adding levels of bureaucracy which adds to my angst. And...you all don't listen to us...at all.

 Prior Sec Shulkin wrote a book that titled "It shouldn't be this hard to serve your country: Our Broken Government and the Plight of Veterans Affairs." And it speaks to the failures of a fractured system that is supposed to help a vulnerable population...but breaks them even more. Our life and death depends on Legislation. The war at home. At any rate.

Today was more evidence of a fractured system that is passively adversarial and causes more injury by in taking instead of partaking in creating a better system to streamline and address veterans needs. Particularly when it comes to stabilizing housing. That intake was brutal. It should be more straightforward as to reduce angst for veterans and not cause you all secondary stress by listening to our trauma. Your jobs aren't easy.

It was 90 min and I was triggered by having or feeling like I had to regurgitate the seven layers Veterans Affairs hell, and I felt like I had to over explain why I knew some of the courses of action wouldn't be fruitful such as applying for SSVF, and looking into other non profits that I know aren't helpful.

You called me from a blocked number, and I have to wait for you to call me back with answers I believe will cause me more stress. I am tired. DCVAMC has to do better. And the supervisor...I'm not sure why it went this particular direction. But it doesn't feel therapeutically sound.

If I knew it would've gone this way I would've reached out to Meghan Deal. I had to tell my entire life story only to be presented with solutions I know won't work...I had a different expectation and felt like I was treated as if my knowledge of the resources that currently exist was underscored. I didn't just call you all first. I knew other resources wouldn't bear fruit and I had no other choice but to call Veterans Affairs.

I already know Veterans Affairs didn't offer direct financial assistance. But they do offer direct referrals for HUD/VASH. To call you all and be provided with goggle worthy resources wasn't on my BINGO card. I understand you all are just doing your jobs...but there seems to be a culture of infantilizing and it's a little bit insulting.

We are not unintelligent. Veterans are often boots on the ground. We know what doesn't work and what does. And the process of having to "prove," or let you all see for yourselves often results in more stress than needed and more pressure that you all do not have to deal with.

I do not think this was done on purpose. However...I think the process could be more streamlined as not to cause any more stress...on you all or the patient.

My tone is one of immense frustration and the dizzying system of veterans affairs. Have a good weekend. Regards.

Very Respectfully,
Kerby Alexandria B Stracco (Female)
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

 **Gmail**

---

## Re: Civil Rights Division Complaint – 430574-JVM from the Disability Rights Section

---

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>    Mon, Apr 22, 2024 at 10:32 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: kerby.stracco@gmail.com

U.S. Department of Justice
# Civil Rights Division

Re: Civil Rights Division Complaint – 430574-JVM from the Disability Rights Section

Thank you for contacting the Department of Justice on April 5, 2024. We have reviewed the information you provided and have determined that the complaint raises issues that are more appropriately addressed by another federal agency. We are, therefore, referring this complaint to the following agency for further action:

U.S. Department of Veterans Affairs
(202) 501-2800

The above agency will review your complaint. While we will take no further action on this matter, you can contact the agency above to check the status of your complaint.

How you have helped:

Although we are unable to act on your complaint, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns.

Sincerely,

U.S. Department of Justice
Civil Rights Division

## Contact

civilrights.justice.gov          U.S. Department of          (202) 514-3847
                                 Justice                     1-855-856-1247 (toll-free)

950 Pennsylvania
Avenue, NW
Washington, D.C. 20530-
0001

Dear

(TTY) (202) 514-0716

 Gmail

**K S <kerby.stracco@gmail.com>**

---

**GAO REFERRAL: COMP-25-000399**

---

**Fraud** <Fraud@gao.gov>                                                      Fri, Oct 25, 2024 at 2:29 PM
To: kerby.stracco@gmail.com <kerby.stracco@gmail.com>

Thank you for your submission to GAO's FraudNet. We have reviewed your information and found the situations you described are not within the scope of any on-going GAO work. Therefore, in accordance with GAO FraudNet policy to forward all reports of wrongdoing to executive agencies, we referred your complaint COMP-25-000399 to the U. S. Department of Veteran Affairs (VA), Office of the Inspector General (OIG) for their review. Your contact information was not included within the referral package.

You may contact the VA OIG for a status of your complaint and/or if you have additional information you may provide it to OIG via: vaoighotline@mail.va.gov or toll-free phone number of 1-800-488-8244.

We will retain your information on file for consideration in any future GAO work.

Thank you for your interest in combating fraud, waste and abuse.

**FraudNet**
Government Accountability Office (GAO)
441 G Street, N.W.
Mail Stop 4T21
Washington, DC 20548
Fax: 202.512.2841
fraud@gao.gov

 Gmail

---

## Re: Civil Rights Division Complaint – 524275-HNH from the Disability Rights Section

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>    Mon, Nov 11, 2024 at 12:56 PM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: kerby.stracco@gmail.com

U.S. Department of Justice
## Civil Rights Division

Re: Civil Rights Division Complaint – 524275-HNH from the Disability Rights Section

Thank you for contacting the Department of Justice on October 24, 2024. We have reviewed the information you provided and have determined that the complaint raises issues that are more appropriately addressed by another federal agency. We are, therefore, referring this complaint to the following agency for further action:

U.S. Department of Veterans Affairs
(202) 501-2800

The above agency will review your complaint. While we will take no further action on this matter, you can contact the agency above to check the status of your complaint.

How you have helped:

Although we are unable to act on your complaint, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns.

Sincerely.

U.S. Department of Justice
Civil Rights Division

## Contact

civilrights.justice.gov              U.S. Department of        (202) 514-3847
                                     Justice                   1-855-856-1247 (toll-free)

950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Dear

(TTY) (202) 514-0716

# Chris

M. Christopher Saslo DNS, APRN-BC, FAANP

Assistant Under Secretary for Health for Patient Care Services/Chief Nursing Officer

*""please don't tell me NO, instead, help me be a good leader and focus on getting to 'YES'"*

---

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Monday, March 4, 2024 9:01 PM
**To:** Saslo, M. Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov>
**Subject:** [EXTERNAL] VHA issue

Good Evening Dr. Saslo,

    I hope this email finds you and your loved ones well. I do not know if you remember me. We met in November of 2023 at a caregiver meeting held at VACO. I was pregnant at the time. The baby came that weekend...early (but healthy) as expected.

    I am contacting you as I am having issues with the PRRC at the Washington DC VA medical center. I have tried to solve the issues amicably, however I am not being treated in a respectful manner. I have filed three *White House Hotline* complaints. When the first complaint wasn't resolved, I asked for the intake line to send the complaint to the Office of the Secretary.

The Office of the Secretary sent me an email stating that I would be contacted by someone in leadership about my issue. Well, I was never contacted by anyone at that level. I was contacted by the local VA and it has not been a very pleasant experience. I have been lied on, lied to and absolutely ignored by the key mental health leadership at the Washington DC VA medical center.

This has impacted my mental wellness as well as my overall trust in my care. I do not know who else to turn to for assistance with this matter. I fear that I have been silently retaliated against, and that I am being treated with Bias since I am questioning the clinical effectiveness of the program as well as harmful comments made by PRRC staff.

I apologize for the tone of my email. My only hope was to collaborate with the staff, as to gain an understanding of clinical practice and effectiveness. I realize you are busy, and please know that I have tried to handle this very amicably. I hope to hear from you soon as to gain some insight. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526

M. Christopher Saslo DNS, APRN-BC, FAANP

Assistant Under Secretary for Health for Patient Care Services/Chief Nursing Officer

*""please don't tell me NO, instead, help me be a good leader and focus on getting to 'YES' "*

---

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Tuesday, March 5, 2024 8:38 AM
**To:** Saslo, M. Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov>
**Cc:** Jobin, Timothy <Timothy.Jobin2@va.gov>; Richardson, Colleen M. <Colleen.Richardson2@va.gov>
**Subject:** Re: [EXTERNAL] VHA issue

Please see attached. Her name is Judaea. She was born Nov 19, 2023. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

On Tue, Mar 5, 2024 at 7:52 AM Saslo, M. Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov> wrote:

Good morning Ms. Stracco,

First. Let me congratulate you on the birth of your baby, happy and healthy is most important!

Secondly, I'm including Dr. Colleen Richardson and Mr. Tim Jobin to address these concerns to see how we may best address your needs and opportunities for a way forward. I do apologize for your experience as that is not what we strive for in the caregiver program.

I hope we are able to meet your needs and ensure you are made aware of any opportunities or barriers in getting to 'yes'.

In Caring,

Happy to help!

# Chris

**M. Christopher Saslo DNS, APRN-BC, FAANP**

**Assistant Under Secretary for Health for Patient Care Services/Chief Nursing Officer**

*" "please don't tell me NO, instead, help me be a good leader and focus on getting to 'YES' "*

---

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Tuesday, March 5, 2024 9:38 AM
**To:** Saslo, M. Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov>
**Cc:** Campbell, Tamara M. <Tamara.Campbell@va.gov>; Jobin, Timothy <Timothy.Jobin2@va.gov>; Richardson, Colleen M. <Colleen.Richardson2@va.gov>
**Subject:** Re: [EXTERNAL] VHA issue

Thank you! Yes I am hoping to connect with Dr. Campbell when she is available. Thanks for all your help, as this is great source of discomfort at this time. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

On Tue, Mar 5, 2024 at 10:28 AM Saslo, M. Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov> wrote:

Thank you! She is beautiful!  I'm including our executive Director for Behavioral Health/Mental Health Services, Dr. Tamara Campbell who may also be able to identify a way forward.

# Chris

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

On Tue, Mar 5, 2024 at 9:43 PM K S <kerby.stracco@gmail.com> wrote:

Good evening Dr. Campbell,

Thank you. I look forward to hearing from your administrative Support. Regards. I will also try and send you an email as well before our appointment with the concerns as to optimize our time. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

On Tue, Mar 5, 2024 at 9:39 PM Campbell, Tamara M. <Tamara.Campbell@va.gov> wrote:

Good evening,

Thank you Dr. Saslo for forwarding this email. Hello Ms. Stracco. Adding admin support to assist with scheduling a time to meet.

Tamara M Campbell MD

Executive Director

VHA Office of Mental Health and Suicide Prevention

---

**From:** Saslo, M. Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov>
**Sent:** Tuesday, March 5, 2024 11:00 AM
**To:** K S <kerby.stracco@gmail.com>
**Cc:** Campbell, Tamara M. <Tamara.Campbell@va.gov>; Jobin, Timothy <Timothy.Jobin2@va.gov>; Richardson, Colleen M. <Colleen.Richardson2@va.gov>
**Subject:** RE: [EXTERNAL] VHA issue

On Wed, Mar 13, 2024 at 12:43 PM Campbell, Tamara M. <Tamara.Campbell@va.gov> wrote:

We want to always ensure our Veterans have the best experience possible and our MH service care is what is needed.  We will be in touch and thank you Ms. Stracco for bringing your concerns to our attention.

Tamara M Campbell MD

Executive Director

VHA Office of Mental Health and Suicide Prevention

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Wednesday, March 13, 2024 10:04 AM
**To:** Campbell, Tamara M. <Tamara.Campbell@va.gov>
**Cc:** Abou Ahmad, Mohamad F. (VHAV10) <Mohamad.AbouAhmad1@va.gov>; Jobin, Timothy <Timothy.Jobin2@va.gov>; Richardson, Colleen M. <Colleen.Richardson2@va.gov>; Saslo, M. Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov>
**Subject:** Re: [EXTERNAL] VHA issue

Good Morning Dr. Campbell,

I want to thank you and Dr. McGuire for calling me today and validating the experiences that are happening in PRRC at the local DC VA Medical Center. A big weight has been lifted off of my shoulders. Thank you for providing a plan of action and I look forward to hearing from you in the next few weeks.

As promised I will send an email outlining all the issues we spoke about VIA phone. That email will be sent by weeks end.

Please provide my information to the National Program Lead over PRRC if possible. I appreciate all you do for those who serve.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

On Fri, Mar 8, 2024 at 6:22 PM K S <kerby.stracco@gmail.com> wrote:

Good Evening Dr. Campbell,

I am just following up with you. Hope all is well. Regards.

 Gmail

**K S <kerby.stracco@gmail.com>**

---

## Re: [EXTERNAL] VHA issue

---

**K S <kerby.stracco@gmail.com>**                                                   Wed, Mar 20, 2024 at 6:01 AM
To: Campbell, Tamara M. <Tamara.Campbell@va.gov>
Cc: Abou Ahmad, Mohamad F. (VHAV10) <Mohamad.AbouAhmad1@va.gov>, Jobin, Timothy <Timothy.Jobin2@va.gov>,
McGuire, Marsden H. <Marsden.McGuire@va.gov>, Richardson, Colleen M. <Colleen.Richardson2@va.gov>, Saslo, M.
Christopher (VHABIL) (he/him/his) <Christopher.Saslo@va.gov>

Greetings Dr. Campbell,
        I hope this email finds you well. I am sorry for the delay. My children often keep me very busy, and my husband
condition has become concerning as of late.

On or around January 2024 Dr. Corinne Galgay changed the PRRC schedule drastically and it concerned many veterans.
Myself and other veterans brought it up in a community meeting and Dr. Galgay was very dismissive.

She stated that the schedule was made to accommodate the needs of her team and their patient load. Dr. Galgay also stated
that the class sizes were larger and it was overwhelming for them. I felt it was very inappropriate for her to state this to the
patients, and should've been addressed with her next in command.

Dr. Galgay made comments that suggested that patients were in PRRC for too long. She stated that it's okay for us to leave
and come back. She expressed that PRRC is a tool and we are to take those tools and live them out, in a community other
than PRRC. She expressed that she often asks patients to give her 90 days. She made other comments that were
concerning that I cannot recall at this time.

Dr. Galagy doesn't understand that we are seeking care in an environment that is reminiscent of the persons who caused the
trauma. It's not just war wounds we are healing from. Some of us (such as myself) were traumatized by our own leadership,
as well as our own comrades, while serving down range. So it will take more than ninety days to recover from all of these
issues.

In a collaborative effort I emailed Dr. Dominique Neptune who is in charge of the mental health providers at the Washington
DC VA medical center. I waited for a week or so. When she did not respond, I filed a complaint with the White House
Hotline.

Following that complaint, Dr. Wylie (Dr. Neptunes Deputy) called me and he was extremely nice. I explained to him that the
new schedule seemed clinically disorganized, and that too many important classes were put into the same time slots. I also
explained that the days are extremely short, and if Dr. Galgay wanted to keep the same classes, she could put them in their
own slots and create longer days, as to suit the needs of the veterans.

Dr. Wylie stated that other VHA's have a similar schedule, however he understands there are opportunities for Dr. Galgay to
adjust the schedule accordingly. He said he would speak to her.

Dr. Galgay called me and she spoke over me a lot. She tried to make the issue sound like it was my own personal problem.
She was not receptive to change nor did she fully understand that it affected the entire PRRC community. She was
respectful. But she was passively dismissive. She offered to be my caseworker and I declined and sent her an email
explaining why.

I called Dr. Wylie again for his assistance. A week went by and he did not respond. So I called the White House hotline
again.

Dr. Dominique Neptune sent me a message stating that she should call me in 48 hours. I messaged her back saying that I
have five children and a husband whom I care for. It would be easier for us to make an appointment as to optimize our time
together. She connected me with her scheduler and we found that Dr. Neptune didn't have mutual accessibility.

The scheduler suggested that I meet with Dr. Squires who works in tandem with Dr. Neptune. Dr. Squires had her scheduler
tell me that I need to more "realistic in my expectations." I found that to be a very dismissive comment given the fact that I'd
never spoken to her before. I declined the meeting and I felt there would be bias.

this, and her staff addressed the issue as best they could. Dr. Galgay did not address the issue with me nor did she comment on it.f

During this time I reached out to the White House Hotline again and asked them to send my complaint to the Office of the Secretary for an unbiased review. I received an email from the office of client relations stating that he was busy, however they would field my complaint to someone in his command. There was no email to respond to, nor a number I could follow up.

I found out days later that the complaint was sent back to the local DC VA Medical Center and things imploded. The silence from Dr. Neptune was not only loud but concerning. It seemed to reinforce Dr. Galgays disposition.

Dr. Galgay continued to have the community meetings and she made it very clear that she was not interested in changing the schedule to meet the veteran's needs. She stated that perhaps we needed other sources of care outside of PRRC to meet our needs. She said we could rotate classes weekly, and said we don't need to go to the same classes all the time.

Dr. Galgay was respectfully challenged by other veterans and she refused to acknowledge their concerns.

One large concern that was shared in the PRRC community as well as myself, was her positioning Suicide Prevention in the same exact slot as Cognitive Behavior Therapy for Anxiety.

I explained to her that CBT would be better after Suicide Prevention as to allow veterans to appropriately process their ideations and risk. I myself attend that class daily. The classes that follow are Peer Support and Gratitude. Peer Support isn't a clinical class and Gratitude isn't the appropriate place to process behaviors associated with suicidal risk.

Another concern that was raised by veterans as well as myself, was her positioning of Cultural Acceptance and Racial Empowerment. It is in the same exact slot as Self Compassion. Although CARE is a class for all veterans, it specifically speaks to the unique challenges facing veterans of color. It's often a class that is filled with emotion, guilt and confusion.

Veterans have asked her to separate the two classes and she will not do it. She also doesn't recognize how harmful her inflexibility is regarding this.

While I recognize changes do not happen overnight, a doctor who is in charge of our mental heath should exercise compassion and clinical flexibility regarding patient care.

The schedule was drastically modified, and the intentions behind the change seemed to align with the needs of the staff, and not the patience's. Dr. Neptune's continued non responsiveness continues to make matters worse. And Dr. Galgay continues to provide questionable responses to challenging situations.

About two weeks ago a veteran named Tim Leach verbally assaulted me in a Peer Support class lead by Mr. Snodgrass. Tim Leach has been known to be aggressive to female veterans. He is notably more aggressive towards female veterans of color. He has tried to engage me in the past and I ignored him quite frequently.

During this interaction Tim Leach became extremely aggressive towards me, and used a slew of foul language when addressing me. He did not like what I shared (it had nothing to do with him. I do not know why he goes from class to class being passive aggressive towards me).

I asked him to please stop disrespecting me and he stated that he would "show me disrespect," and continued with his threatening behavior. He called me a fraud and said other things but I logged out of the class.

Mr. Snodgrass did not remove him from the class and didn't directly tell him that he was acting inappropriate. He passively said "Everyone feels differently and we should be nice."

I called Dr. Mary "Maggie," McGuire to tell her the entire interaction and she stated she would share it with the team. About an hour later I logged into a class and Tim Leach was present. I logged out.

The next day, Dr. Galgay said she wanted to speak with me after the weekend. I explained to her that the situation was traumatizing and I wanted to file a police report as I didn't know what else he was capable of. He seemed to have a lot of vitriol towards me. I told her that I need to focus on my children and my husband and that I would follow up with her soon.

Upon logging into the classes the following week I found that Tim Leach was still present in many classes. I left all of them and sent Dr. Galgay very strong messages of concern. She stated that she would be happy to provide me with an update when we speak. I told her that I did not want to talk to her because I could see that she allowed the veteran back into

I told Dr. Galagy that her inattention to the needs of veterans has caused me not to trust her nor her intentions. How would Dr. Galagy feel in her workplace if she reported someone for threatening behavior. Would she like to continue working alongside them?

As an MST survivor this has been repeatedly triggering, as I feel I am not being heard nor believed.

I explained to her that her actions showed me that my words meant nothing, and she believed Mr. Snodgrass and Tim Leaches account of the situation. I also CC'd Dr. Neptune in the email as well as Dr. Wylie.
I also shared concerns that our Peer Support Program is poorly ran. The Peer Support are often toxic and triggering, and the specialist are often a part of the problem.

The Peer Support Team has often showed up as patients in the groups alongside other patients, I believe in an effort to seek care. I wonder how appropriate that is. I realize they are veterans, however after I complained about Mr. Snodgrass it was odd to see him in a class as a patient. It was also uncomfortable.

While I recognize Peer Support is one of the largest peer support teams in the nation, it's specialist should possess some knowledge on deescalation in a clinical setting, and perhaps should be accompanied by a person with clinical knowledge as to ensure proper behavior in classes. In the summer of 2023 I had a talk with Dr. Neptune where I shared some of these same concerns. She was receptive at the time. I am not sure what's changed.

I know I've shared a lot. And for that I do apologize. However there is something going on with our program and if something isn't done, veterans will continue to suffer in silence and continue to accept whatever is given to them. I am suffering greatly and this experience is causing a lot of angst.

Please understand that as a caregiver who is also an OIF veteran, it felt very risky for me to seek treatment for my needs. I did not want to seem incapable of taking care of my husband and my children. I hope you all understand what while I have suffered my own military trauma, I am still taking care of my husband and my children in a meaningful and effective way.

I am seeking care because I don't want the wounds of war to affect my children as they grow up. I want to be a great mother who can withstand my children's life's challenges, because I choose to seek care for my own issues. As they get older and seek independence I need to adjust my posture and dig deep in therapy.

I don't want my children to see the world through my eyes. I want them to see the hope in the world. They need to have their own experiences...not a projection of mine. I want to inspire them to live meaningful and full lives despite any pain they could endure.

As a caregiver I am providing this on my own. I love my husband and his slow declining health is of great concern and pain for me. PRRC is the way for me to process these complex issues. I realize I present well. I have to. I have to be a stronghold for my husband and our children. They need me. I owe it to them to continue to seek therapy even though it is difficult.

I also owe it to myself to respectfully and assertively ask for treatment that is clinically effective and provided without bias.

Finally, I'd like to add that although what I shared above was largely negative, I receive phenomenal care from my provider in PolyTrauma whose name is Dr. Scott Levson. He is compassionate and often challenges me in meaningful ways. He's truly good at what he does and I've done some of my best work with him. Dr. Joel Scholten is also extremely knowledgeable and his support has made my journey a bit lighter.

My Psychiatrist Dr. Ninala Wilkinson is also very compassionate. She listens to me and provides me with autonomy regarding my care. I appreciate her in many ways.

I thank you all for your time, and I hope you all can assist with this matter. It is my hope that I was clear and concise. Hope to hear from you soon. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

 Gmail

**K S <kerby.stracco@gmail.com>**

---

## FW: [EXTERNAL] PRRC Concerns

---

**Neptune, Dominique (she/her/hers)** <Dominique.Neptune@va.gov>                    Wed, Feb 7, 2024 at 1:05 PM
To: K S <kerby.stracco@gmail.com>
Cc: Wylie, Derrico (he/him/his) <Derrico.Wylie@va.gov>

Good afternoon, Ms. Stracco.

Thank you for your service to our Nation and for your initial outreach on January 17, 2024. Dr. Wylie, Deputy Chief of Mental Health, contacted you on my behalf and from what I understand, that conversation went well. I regret that you remain dissatisfied with PRRC services and have found it necessary to submit a second PATSR communication.

I will contact you within the next 48 hours to speak directly with you regarding your concerns.

Sincerely,

Dr. Neptune

**From:** K S <kerby.stracco@gmail.com>
**Sent:** Wednesday, January 17, 2024 1:09 PM
**To:** Neptune, Dominique (she/her/hers) <Dominique.Neptune@va.gov>
**Subject:** [EXTERNAL] PRRC Concerns

Good Afternoon Dr. Neptune,

    I hope this email finds you well. I've spoken with you in the past and I hope you do not find offense to this email. I am hoping to speak with you if possible about some concerns with PRRC since Dr. Galgay's return from maternity leave. Please let me know when you are available to talk if you have time. Hope the holidays were kind to you. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526

"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

M Gmail

**K S <kerby.stracco@gmail.com>**

---

**Re: FW: [EXTERNAL] PRRC Concerns**

---

**K S <kerby.stracco@gmail.com>**                                                    Wed, Feb 7, 2024 at 9:57 PM
To: Neptune, Dominique (she/her/hers) <Dominique.Neptune@va.gov>
Cc: Wylie, Derrico (he/him/his) <Derrico.Wylie@va.gov>

Good Evening Dr. Neptune and Dr. Wylie,

I hope this email finds you and yours well. Dr. Wylie was every reassuring, kind and receptive during our conversation that we had. However it did not appear that Dr. Galgay was on the same page. She was not disrespectful nor unkind. However there was no indication that she understood the magnitude of the changes she made, and how it adversely impacted many patients who attend PRRC.

I called Dr. Wylie and left him a voicemail on January 29th, 2024, in an effort to follow up with him again to hear his thoughts regarding a conversation I had with Dr. Galgay.

When I did not hear back, I contacted Secretary McDonough in a collaborative effort, as I am very concerned about the way our PRRC is ran and managed by Dr. Galgay. I am even more concerned after a community meeting that was held on Monday, Feb 5, 2023.

I am hoping we can schedule a time to speak, as I myself have to come to the DC VA tomorrow for important bloodwork to resume medications as I just had a baby. I also have four other little ones and I take care of my husband as well. Friday I would not be available until late in the evening. However I am sure you aren't available.

As to optimize our conversation are you able to schedule a time that is convenient for you and I to speak? Next week would be more convenient. Please let me know. Regards.


Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."



On Wed, Feb 7, 2024 at 1:05 PM Neptune, Dominique (she/her/hers) <Dominique.Neptune@va.gov> wrote:

Good afternoon, Ms. Stracco.


Thank you for your service to our Nation and for your initial outreach on January 17, 2024. Dr. Wylie, Deputy Chief of Mental Health, contacted you on my behalf and from what I understand, that conversation went well. I regret that you remain dissatisfied with PRRC services and have found it necessary to submit a second PATSR communication.


I will contact you within the next 48 hours to speak directly with you regarding your concerns.

Sincerely,

 Gmail

**K S <kerby.stracco@gmail.com>**

---

## Tim Leach Threatening Behavior in Peer Support

---

**K S** <kerby.stracco@gmail.com>                                                    Thu, Mar 7, 2024 at 2:00 PM
To: Galgay, Corinne E. <Corinne.Galgay@va.gov>
Cc: McGuire, Mary (she/her/hers) <Mary.McGuire@va.gov>, Neptune, Dominique (she/her/hers) <Dominique.Neptune@va.gov>,
Salky, Lillian T. (she/her/hers) <Lillian.Salky@va.gov>, Stahl, Naomi F. <Naomi.Stahl@va.gov>, Wylie, Derrico (he/him/his)
<Derrico.Wylie@va.gov>

Good afternoon,
    Today in Mr. Snodgrass class Tim Leach verbally disrespected and maintained a very aggressive posture in his speech.
Mr. Snodgrass did not say anything to him until I defended myself in the chat. Tim Leach called me names, and threatened
me when I respectfully defended myself. Mr. Snodgrass was passive in the way he spoke and did not directly correct Tim
Leach. Mr Snodgrass also didn't call me to check to see if I was okay. I am not okay.

I did call Dr. McGuire who is always a great source of support.

Mr. Leach at this time is present in a class and that speaks to his privilege and the way PRRC handles issues. He should not
be present.

 Mr. Snodgrass did not remove him from the class nor did he directly tell him that he was acting highly inappropriate towards
me. Being a veteran in a mental facility doesn't give anyone permission to verbally accost or assault someone. Mr. Leach has
been passive aggressive towards me before but I never engaged him because my instinct told me that he was unhinged.

I myself am not sure why I have become a focus but his harassing behavior is disturbing. And I am afraid for my own safety,
as well as that of my children who often accompany me to the DC VA Medical center.

Peer Support needs to be directly overseen by a clinical person. Someone who has direct experience with deescalation
techniques. I find it very telling that Mr. Leach felt empowered to exhibit that sort of behavior in Peer Support and I question
if he would've done it in the presence of a licensed provider. This isn't an isolated incident with Peer Support, and per the
usual a persistent incident is larger because prior complaints were not validated.

This could have been prevented if my previous cries for help were taken seriously.

I feel unsafe and don't have full confidence that this issue will be directly handled appropriately by any of the local mental
health chain of command, as what I've said in the past has been either been misinterpreted or not validated by key local
leadership.

I have shared numerous times that Peer Support is a very unstable source of support and should not be part of PRRC if the
clinical integrity cannot be managed. While I recognize that Peer support is a national Initiative, it is the obligation of the
local staff to Identify and report pitfalls in our local programming as to take care of veterans as a whole.

Whenever I or other veterans have shared issues with PRRC we are told that perhaps another source of care should be
sought. Should I also seek another source of care since I have been threatened due to inaction?Or should that particular
veteran be elevated to a higher level of care since he cannot appropriately respond to other veterans. Will he be the one to
get real help?

I feel unsafe and unprotected. And I did nothing to deserve it.

I am extremely disappointed. As a human being I deserve some sort of compassion and meaningful validation. I matter. I am
not less than because of illness. Ignoring a veteran cries for help is counterproductive to their mental health. I am not being
"unrealistic," when I am asking for assistance.

What happened today and other things that are happening in PRRC will not go away if something isn't done. I have done all I
can to amicably deal with this at the local level and VISN. The inaction and inattention to matters that I've brought up, Has
caused immense distress to me. While I am still showing up in a meaningful and productive way for husband and my
children, and will continue to do so...I am finding it difficult to have that morale for myself due to these persistent issues with
PRRC. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of my soul."

 Gmail

**K S <kerby.stracco@gmail.com>**

---

## Tim Leach

---

**K S** <kerby.stracco@gmail.com>                                         Tue, Mar 19, 2024 at 8:26 AM
To: Galgay, Corinne E. <Corinne.Galgay@va.gov>
Cc: Levson, Scott I. <Scott.Levson@va.gov>, Lohri, Michael E. <Michael.Lohri@va.gov>, McGuire, Mary (she/her/hers)
<Mary.McGuire@va.gov>, Salky, Lillian T. (she/her/hers) <Lillian.Salky@va.gov>, Stahl, Naomi F. <Naomi.Stahl@va.gov>, Wylie,
Derrico (he/him/his) <Derrico.Wylie@va.gov>

Goodmorning,
        Yesterday I went to art class and about 15 minutes later Tim Leach showed up. I felt very unsafe and left. I called Dr.
McGuire in an effort to get more clarity on why he was still in group and she encouraged me to call you Dr. Galgay. I
expressed to her that I did not trust you, nor did I want to put myself in a position to speak to you in a manner that you didn't
deserve.

I asked Dr. McGuire what kind of action was taken regarding Tim Leach and she stated that you would have more information
on that. She said she doesn't know the details or the plan of action that was taken.

Dr. Galgay, if you all are on the same team and this veteran was reported by me for his threatening behavior, why wasn't this
plan of action shared with the entire team so that they could be aware. These providers are often boots on the ground. So it
is very odd and concerning that they wouldn't be aware of the plan of action.

It's also very hard to believe.

Furthermore Dr. McGuire was the first person I told about the incident. She had to listen to me multiple times cry and panic
about the situation. Quite frankly I feel as if I'm exhausting her or overwhelming her.

I explained to Dr. McGuire that I would appreciate if you would provide the Plan of action VIA email or secure messaging so
that I can provide it to the central office and VHA. I am concerned. Perhaps you aren't losing sleep over this. I am.

I have tried to calm down. I have tried to avoid classes he's in. But it's egregious for you to have put me in a position to do
so, and it continues to be triggering. Intentional or not.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of
my soul."

 Gmail                                                                    K S <kerby.stracco@gmail.com>

---

**Fwd: Tim Leach**

---

**K S** <kerby.stracco@gmail.com>                                                  Wed, Mar 20, 2024 at 7:10 AM
To: Campbell, Tamara M. <Tamara.Campbell@va.gov>, McGuire, Marsden H. <Marsden.McGuire@va.gov>
Cc: Abou Ahmad, Mohamad F. (VHAV10) <Mohamad.AbouAhmad1@va.gov>, Jobin, Timothy <Timothy.Jobin2@va.gov>,
Richardson, Colleen M. <Colleen.Richardson2@va.gov>, Saslo, M. Christopher (VHABIL) (he/him/his)
<Christopher.Saslo@va.gov>

Good morning Dr. Campbell And Dr. McGuire,
       This is the email I sent yesterday to the local PRRC staff. Regarding Tim Leach. The message was also sent in secure
messaging to the PRRC team which they have read. I have not received a response nor an acknowledgement from anyone
regarding this. Sorry for the many emails. I wanted to provide a clearer picture regarding the issue with the veteran.

Please pardon my tone. I am just extremely frustrated about this entire issue as well as the other issues that continue to be
inappropriately addressed. This is my final email for now unless you all request any further information or clarification from
me. Regards.

Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526


"It matters not how strait the gate, How charged with punishments the scroll, I am the master of my fate, I am the captain of
my soul."




---------- Forwarded message ---------
From: **K S** <kerby.stracco@gmail.com>
Date: Tue, Mar 19, 2024 at 8:26 AM
Subject: Tim Leach
To: Galgay, Corinne E. <Corinne.Galgay@va.gov>
CC: Levson, Scott I. <Scott.Levson@va.gov>, Lohri, Michael E. <Michael.Lohri@va.gov>, McGuire, Mary (she/her/hers)
<Mary.McGuire@va.gov>, Salky, Lillian T. (she/her/hers) <Lillian.Salky@va.gov>, Stahl, Naomi F. <Naomi.Stahl@va.gov>,
Wylie, Derrico (he/him/his) <Derrico.Wylie@va.gov>


Goodmorning,
       Yesterday I went to art class and about 15 minutes later Tim Leach showed up. I felt very unsafe and left. I called Dr.
McGuire in an effort to get more clarity on why he was still in group and she encouraged me to call you Dr. Galgay. I
expressed to her that I did not trust you, nor did I want to put myself in a position to speak to you in a manner that you didn't
deserve.

I asked Dr. McGuire what kind of action was taken regarding Tim Leach and she stated that you would have more information
on that. She said she doesn't know the details or the plan of action that was taken.

Dr. Galgay, if you all are on the same team and this veteran was reported by me for his threatening behavior, why wasn't this
plan of action shared with the entire team so that they could be aware. These providers are often boots on the ground. So it
is very odd and concerning that they wouldn't be aware of the plan of action.

It's also very hard to believe.

Furthermore Dr. McGuire was the first person I told about the incident. She had to listen to me multiple times cry and panic
about the situation. Quite frankly I feel as if I'm exhausting her or overwhelming her.

 Gmail

K S <kerby.stracco@gmail.com>

---

## Update

---

K S <kerby.stracco@gmail.com>                                                    Mon, Apr 1, 2024 at 6:33 PM
To: Galgay, Corinne E. <Corinne.Galgay@va.gov>
Cc: McGuire, Mary (she/her/hers) <Mary.McGuire@va.gov>, Salky, Lillian T. (she/her/hers) <Lillian.Salky@va.gov>, Stahl, Naomi F.
<Naomi.Stahl@va.gov>, Wylie, Derrico (he/him/his) <Derrico.Wylie@va.gov>

Good Evening,
    I hope you all are well and had a good weekend. I am sending this email to inform you all that as of today, I have
requested to no longer be a patient of Dr. Scott Levson after many years of therapy. I was his patient for I believe over 7
years and this was not an easy decision.

However he is no longer part of my care team, and should no longer be contacted nor considered regarding my care. His
notes are easily accessible. I have notified him VIA email and will explore other outside options with Dr. Wylie when him and I
speak in the next few weeks.

The situation in PRRC continues to be a pervasive trigger and has affected my ability to remain in an effective therapeutic
environment with Dr. Levson. He really is a great doctor, and I'm greatly saddened by this. However I have developed a great
mistrust in anyone's intentions, as I am continually being subjected to what I perceive to be biased treatment, and a
threatening environment that I continually avoid due to Tim Leach.

Dr. Galgay, Dr. Stahl called me the other day at the behest of a concerned veteran and per usual she was receptive. She
stated that you wanted to speak to me and I reminded her as I have told other providers in the care team, that I requested
that you provide me an update VIA email as I was uncomfortable speaking with you.

Dr. Stahl stated that she didn't know if you were comfortable with that, and I stated that communication modalities should
be respected within reason, regarding a patient's preferred method of communication. I recognize much cannot be said
about Tim Leach regarding his treatment plan, that was never a request I was making.

I am also uncomfortable and unsafe but somehow that has fallen on deaf ears. I am constantly reminded that it is a privilege
to have autonomy and a choice.

I wanted to know why you as the director of PRRC allowed a veteran to maintain his position even though he was threatening
towards me. I realized you all sent an updated email outlining rules and regulations. But you all forgot to mention that it's
subjective, and is largely dependent on what you believe to be aggressive threatening behavior.

That email was a slap in the face.

I will continue to say that this is retaliatory. I wonder if I had never complained about PRRC would this be happening.

I've lost autonomy in how I receive therapy because I'm not safe in a class with Tim Leach; so I have to go where he isn't.
And now I've had to discontinue my treatment with my long time therapist, due to my lack of faith in my treatment, since it is
in close proximity to PRRC providers who continue to redefine what they consider threatening behavior.

I will continue to state. What else do I have to lose? Last week in class Ms. Dwyier made an interesting comment...she stated
that she cannot take away our pain nor is it her responsibility to do so. However it is the responsibility of every health care
professional to adequately and appropriately modify environments as not to exacerbate or worsen the patient's condition.

I ask for grace in groups while I am looking for a new therapist and Seeking third party assistance while advocating for
thoughtful unbiased care. I am extremely angry. However I will continue to be respectful as other veterans also have their
issues as well. Regards.


Very Respectfully,
Kerby Stracco
USA Ret
650-208-1526