**UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA**

JANE DOE,

Plaintiff,

v.

COLLINS, et al.,

Defendants.

Civil Action No. 1:25-cv-00466 (RDM)

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

(Fed. R. Civ. P. 6(b)(1)(A); LCvR 7(m); LCvR 7(c))

Plaintiff Jane Doe respectfully moves this Court for a 24-day extension, up to and including Friday, April 25, 2025, to file her Amended Complaint. The current deadline is April 1, 2025.

This is Plaintiff's first personal request for an extension under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rules 7(m) and 7(c). The request is supported by fact-specific grounds that meet this District's "good cause" standard. Plaintiff will make every effort to file before April 25. A [Proposed] Order is attached.

### GROUNDS FOR EXTENSION (GOOD CAUSE)

Plaintiff respectfully submits that the following circumstances establish good cause: (1) the upcoming anniversary of a traumatic incident tied to this case has triggered severe psychiatric distress; (2) she has discovered new agency medical records not previously disclosed; (3) she is managing ongoing medication instability and has an upcoming neurology appointment; (4) she faces unresolved housing instability; (5) she is the primary caregiver in a medically complex household with recent family illnesses; and (6) she continues to experience medical abandonment and retaliatory harm from agency officials.

Plaintiff makes this request in good faith, not for delay but for equitable access to justice and stability during active litigation.

### RULE 7(m) CERTIFICATION

RECEIVED
MAR 31 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiff has conferred with opposing counsel, Assistant U.S. Attorney Fithawi Berhane, who stated:

> "I will not object to your motion except that I will have to require that in your motion, you ask the court that the Government's response will be due on May 28th. I will be away on prescheduled leave the second half of April and will not be able to timely respond to your amended complaint absent an extension of the deadline."

Plaintiff has incorporated this language into this motion and the [Proposed] Order.

## CONCLUSION

Plaintiff respectfully requests that the Court:

1. Extend the deadline to file her Amended Complaint to April 25, 2025; and

2. Extend the Government's response deadline to May 28, 2025, as requested by opposing counsel.

Respectfully submitted,

Jane Doe

Pro Se Plaintiff

Date: 31 March 2025